ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC -2 PM 3:32

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARK DANIEL SCOTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 314-102 |
| JON HELTON, Judge, Dublin Judicial Circuit, et al., | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for an emergency injunction. (Doc. no. 9.)

SO ORDERED this 2nd day of December, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE